UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORY LANE QUICK OIL CHANGE,
INC., a Michigan corporation,

    Plaintiff,

v.

Case No. 11-11786

MAGID DARWICH, an individual, BELAL
DARWICH, an individual, DARWICH
BROTHERS, L.L.C., a Michigan limited
liability company, and MAZH, L.L.C., a
Michigan limited liability company,

Hon. John Corbett O'Meara

    Defendants.
_____/

## ORDER AWARDING ATTORNEY'S FEES

On August 26, 2011, the court entered an order granting Plaintiff's motion to enforce the court's preliminary injunction order. The court found that Defendants had violated the court's preliminary injunction order by continuing to operate their quick oil change business after July 20, 2011. The court further found that "Defendants have provided no legitimate justification for their violation of the court's orders." Docket No. 37 at 3. The court sanctioned Defendants in the amount of $7,000, and also stated that it would award the reasonable attorney fees that Plaintiff incurred in bringing the enforcement motion.

At the court's direction, Plaintiff's counsel submitted an affidavit and billing records on September 2, 2011. According to Plaintiff's filing, Victory Lane incurred $3,218 in attorney fees in bringing the motion to enforce the court's preliminary injunction order. The hourly rates charged by Plaintiff's counsel are $250 per hour for William Tishkoff and $145 per hour for

Jennifer Brant.  Based upon Plaintiff's counsel's experience and good standing as members of the bar, their work product, and the court's experience in similar cases, the court finds these hourly rates to be reasonable.  See also State Bar of Michigan 2010 Economics of Law Practice Summary Report (median hourly rate for Ann Arbor area is $275).  The court also finds the hours expended in preparing the motion and the total fee of $3,218 to be reasonable and supported by counsel's affidavit and billing records.

     Accordingly, IT IS HEREBY ORDERED that Defendants, jointly and severally, shall pay $3,218 to Plaintiff within fourteen (14) days of the date of this order.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  February 16, 2012


     I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 16, 2012, using the ECF system.

                                            s/William Barkholz
                                            Case Manager